# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**          Case No. 2:21-cr-35

    v.          Judge Sarah D. Morrison

**JOSEPH WALTER AUSMUS, JR.,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to Amend Judgment. (ECF No. 92.) The Government opposes the Motion. (ECF No. 93.)

Defendant's Motion is **DENIED**.

    **IT IS SO ORDERED**.

    /s/Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**